Eddie LaReece Pittman, Pro Se Plaintiff
315 West Elliot Road, Suite 107 #297
Tempe, AZ 85284
202-549-0094 (cell)
pittmaneddie@aol.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Eddie LaReece Pittman,
   Pro Se Plaintiff,

v.

Grand Canyon University; Dr. Bina H. Vanmali
   Defendants.

Case#: CV-22-00254-PHX-DJH

**PLAINTIFF'S REQUEST FOR MORE TIME TO REPLY TO DEFENDANT'S MOTION TO DISMISS**

      Pursuant Federal Rule of Civil Procedure Rule 6b(1)(A), Pro Se Plaintiff Eddie LaReece Pittman, respectfully request the Honorable Court for more time in replying to Defendants' Motion to Dismiss. The Pro Se Plaintiff hopes the Honorable Court will see good cause in granting the request. The Pro Se Plaintiff currently has till Friday, 03/11/22, to file his RePly but needs till 05/01/22 to do so. Reasons being are 1) Plaintiff has medical issues such as "small fiber neuropathy" and "Schizoid Traumatic Stress Disorders" which he is currently trying hard to address(Plaintiff is having difficult time in getting Neurologist, Dr. Todd Levine set up to assist him with the nerve issues while Psychologist, Dr. Dennis Burns has suggested the Plaintiff could use some Neuro-Psychiatric and various forms of Psychotherapy to help treat and substantiate his issues resulting from prior abuse), 2) Complexity of the situation where his state case was moved to Federal Court as result of similar prior case, 3) Plaintiff is Pro Se and has limited resources extending beyond finances and 4) potential miscarriage of justice at stake in that the merits of the situation have never been fully litigated or worked through simply because of procedural and/or formality standards which the Plaintiff respects. Pro Se Plaintiff needs a fair and reasonable chance to prevent this from happening. Denying an employee an opportunity to find some means to account for his stress needs is illegal and thus far there has been a miscarriage of justice with formalities being used as a means to prevent fully addressing these incidents in Court.

      Therefore, the Pro Se Plaintiff has made an honest effort to request he have till May 1st to respectfully dispute the dismissal of this matter in order for the Merits to be brought to surface and analyzed as Common Morale advocates.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _CIVLR 5.4_
(Rule Number/Section)

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: March 2, 2022 | Eddie LaReece Pittman, Pro Se Plaintiff<br>315 West Elliot Road, Suite 107 #297<br>Tempe, AZ 85284<br>202-549-0094 (cell)<br>pittmaneddie@aol.com |

## CERTIFICATE OF SERVICE

I certify that a copy of the above document was sent to the Defendants' Attorneys, Justin S. Pierce, Michelle N. Stinson and Mary Walker via email and first-class mail on March 2, 2022, at the following address:

Mr. Justin Pierce, Ms. Michelle Stinson; Ms. Mary Walker
PIERCE COLEMAN PLLC
7730 East Greenway Road, Suite 105
Scottsdale, Arizona 85260

Justin@PierceColeman.com
Michelle@PierceColeman.com
mary@piercecoleman.com

By:/s/ _____
Eddie LaReece Pittman, Pro Se